AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Matthew Cabbil, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    1:16-01572-JMC |
| The United States of America ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____

dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of

____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

_____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Matthew Cabbil, take nothing of the defendant, The United States of America and this
action is dismissed without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The issues having
been reviewed by the Honorable Paige J. Gossett, United States Magistrate Judge, who recommended in her
Report and Recommendation that this action be dismissed.

*CLERK OF COURT*

Date: September 19, 2016

s/Angie Snipes

_____

*Signature of Clerk or Deputy Clerk*